Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Judith T. Sethna (SBN 232731)
Email: jsethna@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:     +1 213 457 8000
Facsimile:     +1 213 457 8080

Attorneys for Defendant
BARCLAYS BANK DELAWARE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HAYES,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Experian Information Solutions, Inc.;  Capital One, National Association; Barclay's Bank Delaware and DOES 1 through 100 inclusive,<br><br>                    Defendants. | No.: 5:15-cv-04789-EJD<br><br>**[PROPOSED]** ORDER RE DISMISSAL OF DEFENDANT BARCLAYS BANK DELAWARE<br><br>Compl. Filed:          September 15, 2015<br><br>Honorable Edward J. Davila |

    Pursuant to the parties' Stipulation for Dismissal with Prejudice, this case is hereby dismissed with prejudice as to Defendant Barclays Bank Delaware with each party to bear its own attorneys' fees and costs.

Date:___11/20/2015_____          _____
                                                                  Honorable Edward J. Davila

_____
[PROPOSED] ORDER RE DISMISSAL OF DEFENDANT BARCLAYS BANK DELAWARE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

STIPULATED REQUEST FOR DISMISSAL AS TO BARCLAYS BANK DELAWARE